IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18MJ590 |
| | ) | |
| v. | ) | |
| | ) | |
| BREANNA A. KRAMER, | ) | Initial Appearance: January 7, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### (Misdemeanor 7517202)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 1, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BREANNA A. KRAMER, did unlawfully and knowingly assault and batter J.K., a family member, by striking him.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code, Section 18.2-57.2(A)).

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 10th day of December 2018 to the defendant at:

BREANNA A. KRAMER
5944 Stevens Road
Fort Belvoir, VA 22060

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov